```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO

WILMAGUIE FIGUEROA-GAVILLAN,
et al.,
                                        Civil No. 08-1519 (JAF)
        Plaintiffs,

        v.

HOSPITAL ESPAÑOL AUXILIO MUTUO,
et al.,

        Defendants.
```

# O R D E R

Plaintiffs, Wilmaguie Figueroa-Gavillán, Oscar Viera-Pérez, and the conjugal partnership between them, bring this action against Defendants, Hospital Español Auxilio Mutuo de Puerto Rico, Inc. ("Hospital"), Consolidated Emergency Services ("CES"), and various unknown parties, alleging violations of the Emergency Medical Treatment and Active Labor Act ("EMTALA"), 42 U.S.C. § 1395dd. (Docket No. 13.)  Plaintiffs also allege supplemental claims of medical malpractice under Puerto Rico law against Dr. Arthur García Crescioni, his wife and conjugal partnership, and the previously-named Defendants.  Defendant Hospital moves for summary judgment under Federal Rule of Civil Procedure 56(c) (Docket No. 30); Defendant CES joins Hospital's motion (Docket No. 33).  Defendant García Crescioni filed a separate motion to dismiss the supplemental claims against him, contingent upon our granting Hospital and CES

Civil No. 08-1519 (JAF)                                                -2-

summary judgment on the EMTALA claims.  (Docket No. 35.)  Plaintiffs Oppose.  (Docket No. 39.)

Having considered the evidence submitted by Hospital and Plaintiffs, we find that a genuine issue of material fact exists as to whether Gavillán was "stabilized" in accordance with 42 U.S.C. § 1395dd(e)(3)(B) prior to her discharge from the Clínica Expreso Auxilio Mutuo on May 6, 2007.

Therefore, we hereby **DENY** Hospital and CES's motion for summary judgment (Docket No. 30).

Because we retain jurisdiction over the federal EMTALA claim in this case, jurisdiction over the supplemental Puerto Rico law claims is proper under 28 U.S.C. § 1367 and we, therefore, **DENY** García Crescioni's motion to dismiss (Docket No. 35).

The parties are encouraged to begin settlement negotiations.  A Settlement Conference shall be held on **November 25, 2009, at 1:30 P.M.** If the case cannot be settled, trial shall be held on **November 30, 2009, at 9:00 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 28th day of October, 2009.

                                        s/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                        Chief U.S. District Judge